No. 81–298.  COMMUNITY TELEVISION OF SOUTHERN CALIFORNIA *v.* GOTTFRIED ET AL.; and

No. 81–799.  FEDERAL COMMUNICATIONS COMMISSION *v.* GOTTFRIED ET AL.  C. A. D. C. Cir.  [Certiorari granted, 454 U. S. 1141.]  Motions of petitioners for divided argument and for additional time for oral argument granted. Ten additional minutes are allotted for that purpose.

No. 81–300.  FORD MOTOR CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.  C. A. 4th Cir.  [Certiorari granted, 454 U. S. 1030.]  Motion of the Solicitor General to permit David A. Strauss, Esquire, to present oral argument *pro hac vice* granted.

No. 81–750.  FIDELITY FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* DE LA CUESTA ET AL.  Ct. App. Cal., 4th App. Dist.  [Probable jurisdiction noted, 455 U. S. 917.]  Motion of Michigan et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.  JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 81–825.  PILLSBURY CO. ET AL. *v.* CONBOY.  C. A. 7th Cir.  [Certiorari granted, 454 U. S. 1141.]  Motion of petitioners to schedule oral argument during April 1982 session denied.  Motion of Philip L. Barnum et al. for leave to file a brief as *amici curiae* granted.  JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 81–1180.  DICKERSON, DIRECTOR, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* NEW BANNER INSTITUTE, INC.  C. A. 4th Cir.  [Certiorari granted, 455 U. S. 1015.]  Motion of the parties to dispense with printing the joint appendix granted.

No. 81–1476.  UNITED STATES *v.* RODGERS ET AL.; and UNITED STATES *v.* INGRAM ET AL.  C. A. 5th Cir.  [Certiorari granted, *ante*, p. 904.]  Motion of the parties to dispense with printing the joint appendix granted.